

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-09-211-CR

CONNIE RAY PALMER                                                    APPELLANT

V.

THE STATE OF TEXAS                                                         STATE

------------

### FROM THE 78TH DISTRICT COURT OF WICHITA COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Connie Ray Palmer pleaded true to the allegation in the State's motion to adjudicate his guilt. The trial court adjudicated him guilty of the offense of aggravated robbery and, pursuant to a plea agreement, sentenced him to thirty-five years' confinement. Palmer waived his right to appeal in conjunction with the plea agreement, and the trial court's rule 25.2(d)

---

[1] *See* Tex. R. App. P. 47.4.

certification reflects that waiver.  *See Dears v. State*, 154 S.W.3d 610, 614–15 (Tex. Crim. App. 2005); *Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000).  Palmer's response to our June 23, 2009 jurisdictional inquiry letter does not show grounds for continuing the appeal.  Accordingly, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 25.2(d), 42.3(a), 43.2(f).

PER CURIAM

PANEL:  MEIER, J.; CAYCE, C.J.; and LIVINGSTON, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  August 6, 2009